IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
DAVID LEE KLUTTZ,              )
                               )
          Petitioner,          )
                               )
     v.                        )     1:20CV647
                               )
STATE OF NORTH CAROLINA,       )
                               )
          Respondent.          )
```

**ORDER**

This matter is before this court for review of the Memorandum Opinion, Order, and Recommendation ("Recommendation") filed on June 15, 2021, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 18.) In the Recommendation, the Magistrate Judge recommends that Respondent's Motion to Dismiss, (Doc. 9), be granted, that the Petition, (Doc. 3), be denied, and that a judgment be entered dismissing this action, without issuance of a certificate of appealability. The Recommendation was served on the parties to this action on June 15, 2021. (Doc. 19.) Petitioner filed timely objections, (Doc. 20), to the Recommendation, and a Request for a Certificate of Appealability, (Doc. 21).

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is

made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation to which the objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 18), is **ADOPTED. IT IS FURTHER ORDERED** that Respondent's motion to dismiss this action for being filed beyond the one-year limitation period, (Doc. 9), is **GRANTED,** that Petitioner's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, (Doc. 3), is **DENIED,** and that this action is **DISMISSED.**

**IT IS FURTHER ORDERED** that Petitioner's Request for a Certificate of Appealability, (Doc. 21), is **DENIED.**

Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 23rd day of August, 2021.

_____
United States District Judge